# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WESLEY RICKS

NO. 2023 KW 0824

OCTOBER 23, 2023

---

In Re:    Wesley Ricks, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 16259.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the "Petition for a Writ of Habeas Corpus", the State's response, if any, and any other portion of the district court record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein.  Supplementation of this writ application and/or an application for rehearing will not be considered.  See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT